United States District Court
Southern District of Texas
**ENTERED**
May 01, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAMON GARCIA MARTINEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. 4:26-cv-02490 |
| v. | § | |
| | § | |
| WARDEN, Joe Corley Processing | § | |
| Center, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

Counsel for the petitioner has filed a Motion to Withdraw Habeas Petition as Moot, asking that this matter be dismissed as moot.  (Dkt. No. 10).  Under Rule 41(a)(2) of the Federal Rules of Civil Procedure, the motion (Dkt. No. 10 ) is **GRANTED** and this case is **DISMISSED without prejudice** as moot.  Any pending motions are **DENIED as moot**.

The Clerk shall provide a copy of this Order to the parties.

It is so ORDERED.

SIGNED on May 1, 2026, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge